

No. 04–707. BOWMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 04–709. SIFRIT v. MARYLAND. Ct. App. Md. Certiorari denied. 

No. 04–725. SIMMONS v. KMART CORP. C. A. 7th Cir. Certiorari denied. 

No. 04–733. GRAVES v. SCHROEDER, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL.; and GRAVES v. FEESS ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–738. CALLAN v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 04–756. ANDERSON ET AL. v. INTERNATIONAL UNION, UNITED PLANT GUARD WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 04–767. MOORE v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Tenn. Certiorari denied.

No. 04–5160. GROSS v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied. 

No. 04–5161. GROSS v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied. 

No. 04–5333. TOWNSELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 04–5463. AWADALLAH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 04–5578. CORUM v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 04–5723. RILEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 04–5795. PERKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.